# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JODY SMELTZ** : | |
| : | |
| v. : | **CIVIL ACTION NO. 17-2973** |
| : | |
| **NANCY A. BERRYHILL,** : | |
| *SOCIAL SECURITY ADMINISTRATION* : | |

## ORDER

This 10th day of January, 2019, following review of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, including objections, it is hereby **ORDERED** that:

1. Plaintiff's objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Plaintiff's Request for Review is **DENIED**; and

4. Judgment is entered in this matter in favor of DEFENDANT.


                                                           /s/ Gerald Austin McHugh
                                                        United States District Judge